John E. Haapala, Jr.
OSB No. 061739
401 E. 10th Ave., Ste. 240
Eugene, OR 97401
Ph. 541-345-8474
Fax 541-345-3237
jeh@haapalaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| BETTIE A. HAYES,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br><br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 6:15-cv-01843-CL<br><br><br>ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of fee of $17,070.88 reduced by $7,086.94 Equal Access to Justice Act ("EAJA") fees, for a net of $9,985.94 as attorney fees pursuant to 42 U.S.C. § 406(b). Defendant shall pay this amount to Plaintiff's attorney, John E. Haapala, Jr., less an administrative assessment pursuant to 42 U.S.C. § 406(d). There are no other costs.

IT IS SO ORDERED this 20 day of May

_____
U.S. District Judge/Magistrate Judge
Mark D. Clarke

PRESENTED BY:
John E. Haapala, Jr.
Attorney for Plaintiff

1 – APPLICATION FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

2 – APPLICATION FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT